**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 19-cv-00183-JLK

JOHNNY WONG, On Behalf Of Himself And All Others Similarly Situated,,

    Plaintiff,

v.

RESOLUTE ENERGY CORPORATION,
TOD C. BENTON,
RICHARD F. BETZ,
JOSEPH CITARRELLA,
WILKIE S. COLYER,
JAMES E. DUFFY,
THOMAS O. HICKS, JR.,
GARY L. HULTQUIST,
JANET W. PASQUE,
ROBERT J. RAYMOND,
NICHOLAS J. SUTTON, AND
WILLIAM K. WHITE,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Minute Orders of Judge John L. Kane entered on April 22, 2019 and May 13, 2019 it is

ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

Dated at Denver, Colorado this 17th day of May, 2019.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

        By: s/  B. Abiakam

                B. Abiakam
                Deputy Clerk